NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

USHA PATEL,                                )
                                           )
            Appellant,                     )
                                           )
v.                                         )        Case No. 2D17-4660
                                           )
HEARTWOOD 47, LLC (as successor to         )
BankAtlantic),                             )
                                           )
            Appellee.                      )
                                           )
_____)

Opinion filed June 22, 2018.

Appeal pursuant to Fla. R. App. P. 9.130
from the Circuit Court for Hillsborough
County; Claudia R. Isom, Judge.

Eric O. Husby, Tampa, for Appellant.

Eric B. Zwiebel of Emanuel & Zwiebel,
PLLC, Plantation, for Appellee.


PER CURIAM.


            Affirmed.


CASANUEVA, MORRIS, and ATKINSON, JJ., Concur.